AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Joseph Carvajal, | ) | |
| *Petitioner* | ) | |
| v. | ) | Civil Action No.      1:15-cv-01047-MBS |
| Warden of FCI - Salter, | ) | |
| *Respondent* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____
recover costs from the petitioner *(name)* _____.

■    other: the petitioner, Joseph Carvajal, shall take nothing of the respondent, Warden of FCI - Salter, and this case is
dismissed without prejudice.


This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the  Honorable Margaret B. Seymour, Senior United States District Judge, presiding, adopting the Report
and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended
dismissal of the petition without prejudice.


Date:    August 31, 2016                          *ROBIN L. BLUME, CLERK OF COURT*


                                                       s/M. Walker
                                            _____
                                                 *Signature of Clerk or Deputy Clerk*